IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK LUGO,<br><br>　　　　　Defendants. | CASE NO. 5:25-MJ-00086-CDB<br><br>**ORDER UNSEALING CRIMINAL COMPLAINT** |

　　The United States, having arrested the defendant, MARK LUGO ("Defendant"), on an arrest warrant and the need for sealing the Criminal Complaint as the Defendant Contreras has ceased;

　　IT IS ORDERED that the Criminal Complaint shall be unsealed as to Defendant.

Dated:　October 30, 2025

_____
HON. CHRISTOPHER D. BAKER
UNITED STATES MAGISTRATE JUDGE

UNSEALING ORDER　　　　　　　　　　1