**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
David Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
MARC LUGO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:25-CR-00215 KES-BAM |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE THE STATUS** |
| vs. | ) **CONFERENCE HEARING** |
| | ) |
| MARC LUGO, | ) |
| | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ERICA P.

GROSJEAN; AND LUKE BATY, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, MARC LUGO, by and through his attorney of record,

DAVID A. TORRES, hereby requesting that the status conference currently set for Wednesday,

April 22, 2026, at 1:00 p.m. (See ECF Doc. 29) be continued to Wednesday, June 10, 2026, at

1:00 p.m..

    Defense counsel is requesting this continuance because, apart from the extensive discovery in

this matter, counsel has reviewed sensitive discovery with Special Agent Daigle who is currently

signed to the Department of Homeland Security. There is additional discovery that counsel needs

to review to be in a position to determine whether a motion to suppress is viable.

Moreover, counsel is consulting with an expert who is assisting with technical issues regarding said suppression motion. Counsel is seeking to continue the status conference to June 10, 2026. Defense counsel believes that failure to grant the above-requested continuance and time exclusion would deny him the reasonable time necessary for effective preparation, plea negotiations, and an opportunity to review and investigate additional discovery, taking into account the exercise of due diligence.

AUSA Luke Baty has no objection to continuing the status conference.

The parties therefore stipulate that the period of time from April 22, 2026, through June 10, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: April 16, 2026

*/s/ David Torres*
DAVID TORRES
Attorney for Defendant
MARC LUGO

DATED: April 16, 2026

*/s/Luke Baty*
LUKE BATY
Assistant U.S. Attorney

Stipulation and Proposed Order to Continue the Status Conference Hearing

2

## ORDER

**IT IS SO ORDERED** that the status conference currently set for Wednesday, April 22, 2026, at 1:00 p.m., be continued to Wednesday, June 10, 2026, at 1:00 p.m.

**IT IS FURTHER ORDERED** that the period of time from April 22, 2026, through June 10, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:    **April 16, 2026**          /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE