**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
David Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
MARC LUGO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:25-CR-00215 KES-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE HEARING** |
| vs. | |
| MARC LUGO, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ERICA P. GROSJEAN; AND LUKE BATY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MARC LUGO, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the status conference currently set for Wednesday, June 10, 2026, at 1:00 p.m. (See ECF Doc. 36) be continued to Wednesday, September 9, 2026, at 1:00 p.m.

Counsel has been engaged in a homicide jury trial for the last six weeks, and which has caused counsel to fall behind in his work product. Within that time, however, counsel has communicated with a forensic expert in this matter. Our office still contemplates filing a motion to suppress. Additional time is requested to afford counsel opportunity to do so. In addition,

counsel and AUSA Luke Baty have been engaged in plea negotiations.

AUSA Luke Baty has no objection to continuing the status conference.

The parties therefore stipulate that the period of time from June 10, 2026, through September 9, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: June 8, 2026

*/s/ David Torres*
DAVID TORRES
Attorney for Defendant
MARC LUGO

DATED: June 8, 2026

*/s/Luke Baty*
LUKE BATY
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the status conference is continued from June 10, 2026, to **September 9, 2026, at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **June 8, 2026**                    /s/ _Erica P. Grosjean_
                                              UNITED STATES MAGISTRATE JUDGE