**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
David Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
MARC LUGO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARC LUGO,<br><br>Defendant | Case No.: 1:25-CR-00215 KES-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ERICA P. GROSJEAN; AND LUKE BATY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MARC LUGO, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the status conference currently set for Wednesday, September 9, 2026, at 1:00 p.m. be continued to Wednesday, October 28, 2026, at 1:00 p.m.

Defense counsel is requesting this continuance due to receiving a complex plea agreement from the Government on September 1, 2026. Given the complexity of the proposed disposition and Mr. Lugo potentially facing a sentence of life imprisonment in federal custody, defense counsel requires additional time to thoroughly review the plea agreement and discuss its terms and potential consequences with Mr. Lugo. Furthermore, AUSA Luke Baty has no objection to continuing the status conference.

The parties therefore stipulate that the period of time from September 9, 2026, through October 28, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: September 8, 2026

***/s/ David Torres***
DAVID TORRES
Attorney for Defendant
MARC LUGO

DATED: September 8, 2026

***/s/ Luke Baty***
LUKE BATY
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the status conference currently set for Wednesday, September 9, 2026, at 1:00 p.m., be continued to Wednesday October 28, 2026, at 1:00 p.m. before Magistrate Judge Erica P. Grosjean.

**IT IS FURTHER ORDERED** that the period of time from September 9, 2026, through October 28, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **September 8, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE