**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MARC LUGO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MARC LUGO,<br>Defendant, | Case No.: 1:25-CR-00215-KES-EPG<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, MARC LUGO, hereby waives his appearance in person in open court upon the status conference set for Wednesday, October 28, 2026, of the above-entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 10/26/2026

***/s/:Marc Lugo***
MARC LUGO

Date: 10/26/2026

***/s/David A. Torres***
DAVID A. TORRES,
Attorney for Defendant

**ORDER**

Good cause appearing.

**IT IS HEREBY ORDERED** that defendant MARC LUGO is hereby excused from appearing at this court hearing scheduled for Wednesday, October 28, 2026.

IT IS SO ORDERED.

Dated: **October 26, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE